UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                 Honorable Victoria A. Roberts
                                                   Case No. 02-80631

VINCENT THOMPSON,

        Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO INSPECT GRAND JURY MINUTES

The Defendant seeks to review the grand jury minutes of the issuance of his indictment, claiming the grand jury relied on hearsay and other incompetent evidence. A facially valid indictment cannot be reviewed on allegations of hearsay or incompetent evidence. *Costello v. U. S.*, 350 U.S. 359, 363-364 (1956).

Therefore, the Court **DENIES** Defendant's Motion Requesting to Inspect Grand Jury Minutes.

      **IT IS SO ORDERED.**

                                                   s/Victoria A. Roberts
                                                   **Victoria A. Roberts**
                                                   **United States District Judge**

**Dated:  November 7, 2005**

**The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on November 7, 2005.**

**s/Linda Vertriest**
**Deputy Clerk**